# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTIAN KIANDRE RUGLEY,<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF LOS ANGELES; CHACON, individually and as Police Officer No.: 38388 for the Los Angeles Police Department; PEARSON, individually and as Police Officer No.: 39773 for the Los Angeles Police Department; and DOES 1 through 50,<br><br>Defendants. | **Case No.: CV18-08617 R (JCx)**<br><br>*(State Case No. NC059152)*<br><br>**MODIFIED PROTECTIVE ORDER** |

GOOD CAUSE APPEARING, and in accordance with the parties' Stipulation Re Protective Order, the Court's August 22, 2019 Order Re (Proposed) Stipulation Re Protective Order, and the parties' Stipulation of Non-Opposition to Court's Inclined Modifications and the Requested Protective Order, IT IS HEREBY ORDERED that Defendants CITY OF LOS ANGELES, a public entity, and OFFICER CHACON; and OFFICER PEARSON, as employees of Defendant City of Los Angeles, a public entity, and Plaintiff CHRISTIAN KIANDRE RUGLEY, by and through their respective counsel, are to abide by the Stipulation Re Protective Order with the following modifications:

1. Paragraph 3 is modified as follows: (a) "other than during a court hearing or at trial" is inserted after "any testimony conversations, or presentations by the Parties or their Counsel that might reveal Protected Material[]"; and (b) the last two sentences of such paragraph are modified to read as follows: "Any use of Protected Material during a court hearing or at trial shall be governed by the orders of the presiding judge. This Order does not govern the use of Protected Material during a court hearing or at trial."
2. Paragraph 5(b) is modified to read as follows: "for testimony given in deposition, that the Designating Party identify on the record, before the close of the deposition, all protected testimony."
3. Paragraph 8 is modified as follows: "or unless otherwise required by the law or court order" is inserted after "the Designating Party's permission[]" in the second to last sentence thereof.

IT IS SO ORDERED.

DATED: August 23, 2019 _____/s/_____
Honorable Jacqueline Chooljian
UNITED STATES MAGISTRATE JUDGE