JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTIAN KIANDRE RUGLEY,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>CITY OF LOS ANGELES; CHACON, individually and as Police Officer No.: 38388 for the Los Angeles Police Department; PEARSON, individually and as Police Officer No.: 39773 for the Los Angeles Police Department; and DOES 1 through 50,<br><br>　　　　Defendants. | Case No. CV18-08617-R-JCx<br><br>ORDER RE: ORDER OF DISMISSAL OF ENTIRE ACTION WITH PREJUDICE AGAINST DEFENDANT CITY OF LOS ANGELES, a municipal corporation |

///
///
///
///

1

**ORDER OF DISMISSAL OF ENTIRE ACTION**
**WITH PREJUDICE AGAINST DEFENDANT**
**CITY OF LOS ANGELES, a municipal corporation**

Based upon the foregoing request of Plaintiff KIANDRE RUGLEY, by and through his counsel of record, in the matter of KRISTIAN KIANDRE vs. CITY OF LOS ANGELES, NICOLAS CHACON and COURTNEY PEARSON, CASE NUMBER CV18-08617-R-JCx, DEFENDANT CITY OF LOS ANGELES, is hereby DISMISSED WITH PREJUDICE, as to ALL CAUSES OF ACTIONS, against DEFENDANT CITY OF LOS ANGELES, and all defendants, served and unserved.

Dated: September 26, 2019

*/s/ Gary Klausner*
_____
HONORABLE R. GARY KLAUSNER
UNITED STATES DISTRICT COURT JUDGE